29344. CARTER *v.* THE STATE.

GARDNER, J. The evidence authorizes the verdict on the general grounds. There is no merit in the assignments of error contained in the special grounds. *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JANUARY 30, 1942.

*Kelly & Hicks,* for plaintiff in error.
*Henderson L. Lanham, solicitor-general,* contra.